Casey Lee Smith
Name
<u>                                              </u>

2334 Ptarmigan way   North Pole, AK
Mailing address

573 430 6280
Telephone

RECEIVED
MAY 0 1 2026
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Casey Lee Smith,
(Full name of plaintiff in this action)
### Plaintiff,

vs.

Bauer Foundation Corporation,

_____,

_____,

_____,
(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

### Defendant(s).

Case No. 4:26-CV-00024-SLG
(To be supplied by the Court)

## AMENDED COMPLAINT

### for/under

unpaid wages, under payment of wages, FLSA violations
(Type of complaint) Retaliation

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

Diversity and FLSA violations

PS22

**B. Parties**

1. The Plaintiff is _Bauer Foundation Corporation_, who presently
(Print Name)

resides at _13203 Byrd Legg Drive, Odessa Florida 33556_.
(Address)

2. Defendants:

Defendant No. 1,_____, is a
(Name)

citizen of_____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

Defendant No. 2,_____, is a
(Name)

citizen of_____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

Defendant No. 3,_____, is a
(Name)

citizen of_____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

(City and State)

Defendant No. 4,_____, is a
(Name)

citizen of_____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

Defendant No. 5,_____, is a
(Name)

citizen of_____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim.
State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority
or argument. Be certain to describe exactly what each defendant, **by name**, did to support
each claim for relief.)

2                                                    COMPLAINT

<u>Claim 1</u>: On or about <u>Sept 5th    2024</u>, <u>underpayment of wages</u>
(Date or Period of Time)                    (Supporting facts)

Beginning on September 5th I was moved to an Operator Position on top of the dam located at the Chena lakes Recreation Project. I was moved to do work as an Operator from a Laborer Position. The Company did not Change my Payrate to the Operator Pay from the Laborer Pay. I asked the Superuisor (Ryan Schmick) if I was going to get Operator Pay and He laughed and Said "we will see". I was mainly Operating a Telehandler and a Skid Steer to move things.

3

COMPLAINT

<u>Claim 2:</u> On or about <u>Sept 10th - Dec 25th 2024,</u> <u>Breach of Contract</u>
(Date or Period of Time)      (Supporting facts)

On September 10th I was moved to a night shift Operator Position using a tele handler, Skid Steer, and a loader to assist the Sub Contractor (H2R) which Consisted of Tom Carney and Daniel Zapf. Under the Prevailing wage Contract, Every Job Position has its own Classification and Pay Rate. Throughout the next 4 month I Permo. Performed primarily Operator Duties. My Payrate or Classification never got changed to Operator Pay. On October 3rd 2024 I injured my ankle During my duties as an operator while stepping out of the Skid Steer. On multiple Occasions I asked the Site manager (Bruno Luz) and the Site Safety Officer (Johnny Haynes) about the Operator Payrate and Certification. Johnny Haynes certified me on the Skid Steer on the day of my injury, after my injury occurred. Bruno Luz and Johnny Haynes Both said they would get back to me later about it. On October 9th I also text Bruno Luz to set another meeting about the Pay Issue and he Responded "Ok Tomorrow after the toolbox" Refering to the morning meeting.

COMPLAINT

Claim 3: On or about <u>March 2025 – September 2025,</u> <u>Retaliation</u>
(Date or Period of Time)                                           (Supporting facts)

I made multiple internal complaints about unpaid wages and filed for a formal investigation with the Department of Labor. In December of 2024 on the 25th, Patrick Erhart and myself had the end of season talk with Bruno Luz and he stated that we would be Returning to work in March or April of 2025. During one of the meetings with Bruno Luz on or around October 9th 2024, Bruno Luz stated that the Reason (Rick) would not certify me on the equipment or Pay Operator Pay was because "I was not an Operator", While I was still Doing Operator work. In January of 2025 is when I filed the investigation with The wage and hour Division. The employer Decided not to bring me back to work in March or April of 2025 and instead Brought an out of State operator and brought back a less skilled Laborer. I was called by a former Coworker (James Lawerence) in may of 2025 and he Stated that I was not brought back because I filed the wage and hour investigation. I then went to the Jobsite to speak with (Joey villeneuve) and he stated that they brought the out of state worker because they needed an Operator.

COMPLAINT

## D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ _unknown    Im locked out of Pay Portal_

2. Punitive damages in the amount of $ _Unknown, to be determined_ .

3. An order requiring defendant(s) to _Cease all unlawful FLSA violations_

4. A declaration that_____

5. Other:_____

Plaintiff demands a trial by___✓___Jury_____Court.  (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_Casey Smith_

**Plaintiff's Original Signature**

_Casey   Lee  Smith_
(Plaintiff's Full Name)

Executed at _2334 Ptarmigan Way North Pole_ on _May 1st 2026_
(Location)                                    (Date)

6                                                              COMPLAINT